VARIOUS CHAPTER 13's

---

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79/611

0643967

July 12, 2011

PAY  Exactly Six Hundred Seventeen And 23/100 Dollars

$\*\*\*\*\*\*\*\*617.23

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑈0643967⑈ ⑆061100790⑆ 8800517495⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228826    - SM
* * C O P Y * *
July 14, 2011
14:01:43

TREASURY REGFUND
Trustee: S. Beaulieu
Amount.:           $617.23 CH
Check#.: 3967

7/14/11
DEPOSITED TO TREASURY
UNCLAIMED.
DUE: SEE LETTER

Total →  $617.23

FROM: S.J. BEAULIEU

The attached check represents payments found to be undeliverable and/or uncashed into this registry of the court.

Registry Check #643967

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 07-10545 | DAVIS, ALVIN NEAL<br>213 APOLLO ST<br>TERRYTOWN LA 70056 | 600.00 | (debtor) |
| 10-10991 | LOOKHOFF, CHARLES<br>2336 OAKMERE DR<br>HARVEY LA 70058 | 17.23 | MARY ELLEN LOOKHOFF<br>201 VIOLET ST<br>METAIRIE LA 70005 |
| | | $617.23 | |